UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RAYMOND JOSEPH COCKERHAM, JR. (#58005)

VERSUS

PARISH OF ASCENSION, ET AL.

CIVIL ACTION

NO. 10-0227-FJP-CN

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which no objection was filed:

IT IS ORDERED that the motion to dismiss of defendant Stephen Holmes[1] shall be denied, and that this matter shall be referred back to the Magistrate Judge for further proceedings.

Baton Rouge, Louisiana, January 13, 2011.

*[signature]*

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. No. 27.

Doc#47046