UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RAYMOND JOSEPH COCKERHAM, JR. (#58005)

CIVIL ACTION

VERSUS

NO. 10-0227-FJP-CN

PARISH OF ASCENSION, ET AL.

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which no objection was filed:

IT IS ORDERED that the defendants' Motions for Summary Judgment[1] shall be denied, and that this matter shall be referred back to the Magistrate Judge for further proceedings.

Baton Rouge, Louisiana, May 25, 2011.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. Nos. 69, 70 and 71.

Doc#47275