UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RAYMOND JOSEPH COCKERHAM, JR. (#58005)

CIVIL ACTION

VERSUS

NO. 10-227-FJP-DLD

PARISH OF ASCENSION, ET AL

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report[1] to which no objection was filed:

The Court finds that the motion for summary judgment[2] by the Parish of Ascension, Parish President Tommy Martinez, Nurse Michelle Gaudin, and Nurse Rhonda Shear is granted, dismissing plaintiff's claims asserted against these defendants,[3] with prejudice. Also, plaintiff's action is dismissed.

---

[1] Rec. Doc. No. 135.

[2] Rec. Doc. No. 133.

[3] As the Magistrate Judge noted, although the plaintiff originally named unidentified insurers as defendants in this proceeding, these "unknown insurer[s]" have never been more specifically identified and have never been served with process herein. Accordingly, the Court does not view these insurers to be parties to this proceeding or to be properly before the Court. In any event, these insurers would be subject to dismissal in light of the Court's conclusion that the respective insureds have no liability to the plaintiff for the events complained of herein.

Doc#47872

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, May 29, 2012.

                                        FRANK J. POLOZOLA
                                      MIDDLE DISTRICT OF LOUISIANA

Doc#47872